# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BRIDGEPOINT EDUCATION, INC., SECURITIES LITIGATION | CASE NO. 12-cv-01737 JM (JLB)<br><br>ORDER DENYING MOTION FOR CLASS CERTIFICATION AS MOOT AND WITHOUT PREJUDICE<br><br>[Dkt. No. 59] |

On June 23, 2014, Plaintiffs filed a motion for class certification and the parties filed a join motion to continue the date for filing class certification pleadings in order for Plaintiffs to file an amended class certification motion in the future. (Dkt. No. 59 and 58, respectively.) The court granted the parties' joint motion, (Dkt. No. 60), and Plaintiffs filed an amended motion for class certification on August 6, 2014, (Dkt. No. 70). In light of Plaintiffs having filed an amended motion, Plaintiffs' original motion for class certification, (Dkt. No. 59), is DENIED AS MOOT and WITHOUT PREJUDICE to Plaintiffs' amended motion.

**IT IS SO ORDERED.**

DATED: August 8, 2014

_____
Hon. Jeffrey T. Miller
United States District Judge