NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
JONI OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
        isalceda@wsgr.com
        jostler@wsgr.com

Attorneys for Defendants
Bridgepoint Education, Inc., Andrew S.
Clark, Daniel J. Devine, and Jane McAuliffe

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| In re BRIDGEPOINT EDUCATION, INC., SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br><br>_____ | CASE NO.: 3:12-CV-01737 JM JLB<br><br>DECLARATION OF JONI OSTLER IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE THE TESTIMONY OF STEVEN P. FEINSTEIN<br><br>DATE: November 9, 2015<br>TIME: 10:00 a.m.<br>CTRM: 5D, 5th Floor<br>JUDGE: Hon. Jeffrey T. Miller |

1    I, Joni Ostler, declare as follows:

2    1.    I am an attorney duly admitted to practice in the State of California

3    and before this Court and am associated with the law firm of Wilson Sonsini

4    Goodrich & Rosati, P.C., counsel of record for Bridgepoint Education, Inc.

5    ("Bridgepoint"), Andrew S. Clark, Daniel J. Devine, and Jane McAuliffe

6    (collectively, the "Defendants"), in the above-captioned action.  I have personal

7    knowledge of the matters stated herein.  If called as a witness I could and would

8    competently testify to the matters stated herein.  I submit this declaration in

9    support of the Defendants' Motions for Summary Judgment and Defendants'

10   Motion to Exclude the Testimony of Steven P. Feinstein.

11   1.    Attached hereto as Exhibit 50 is a true and correct copy of the Expert

12   Report of Watson Scott Swail, dated June 2, 2015.

13   2.    Attached hereto as Exhibit 51 is a true and correct copy of Dr. Nora's

14   Report on Student Persistence, dated May, 29, 2015.

15   3.    Attached hereto as Exhibit 52 is a true and correct copy of the Expert

16   Report of David I. Tabak, dated June 1, 2015.

17   4.    Attached hereto as Exhibit 53 is a true and correct copy of the Expert

18   Rebuttal Report of David I. Tabak, dated June 15, 2015.

19   5.    Attached hereto as Exhibit 54 is a true and correct copy of Prof.

20   Feinstein's Report on Loss Causation and Damages, dated June 2, 2015.

21   6.    Attached hereto as Exhibit 55 is a true and correct copy of Prof.

22   Feinstein's Rebuttal Report on Loss Causation and Damages, dated June 15, 2015.

23   7.    Attached hereto as Exhibit 56 is a true and correct copy of Plaintiffs'

24   letter brief, dated June 19, 2014.

25   8.    Attached hereto as Exhibit 57 is a true and correct copy of

26   Bridgepoint's First Set of Interrogatories to Lead Plaintiffs, dated February 24,

27   2015.

28

OSTLER DECL. ISO DEFS' MOT. FOR        -1-        CASE NO. 3:12-CV-01737 JM JLB
SUMM. JUDGMENT & MOT. EXCLUDE
S. FEINTEIN'S TESTIMONY

9.     Attached hereto as Exhibit 58 is a true and correct copy of City of Atlanta General Employees Pension Fund's Objections and Responses to Defendant Bridgepoint's First Set of Interrogatories, dated March 26, 2015.

10.     Attached hereto as Exhibit 59 is a true and correct copy of Lead Plaintiffs' Objections and Responses to Defendant Bridgepoint's First Set of Request for Admissions, dated May 11, 2015.

11.     Attached hereto as Exhibit 60 is a true and correct copy of City of Atlanta General Employees Pension Fund's Objections and Responses to Andrew Clark's First Set of Interrogatories to Lead Plaintiffs, dated May 15, 2015.

12.     Attached hereto as Exhibit 61 is a true and correct copy of City of Atlanta General Employees Pension Fund's Amended Responses to Defendant Bridgepoint's First Set of Interrogatories, dated July 31, 2015.

13.     Attached hereto as Exhibit 62 is a true and correct copy of Bridgepoint's Q3 2010 Earnings Conference Call Transcript, dated November 2, 2010.

14.     Attached hereto as Exhibit 63 is a true and correct copy of Bridgepoint's Q1 2011 Earnings Conference Call Transcript, dated May 3, 2011.

15.     Attached hereto as Exhibit 64 is a true and correct copy of Bridgepoint's Q2 2011 Earnings Conference Call Transcript, dated August 2, 2011.

16.     Attached hereto as Exhibit 65 is a true and correct copy of Bridgepoint's Q3 2011 Earnings Conference Call Transcript, dated November 1, 2011.

17.     Attached hereto as Exhibit 66 is a true and correct copy of a Transcript of Bridgepoint's Presentation at Citi's 8th Annual Small/Mid Cap Conference, dated November 15, 2011.

18.     Attached hereto as Exhibit 67 is a true and correct copy of Bridgepoint's Q4 2011 Earnings Conference Call Transcript, dated March 6, 2012.

19.     Attached hereto as Exhibit 68 is a true and correct copy of a Transcript of Bridgepoint's Presentation at Credit Suisse Group's 14th Annual Global Services Conference, dated March 13, 2012.

20.     Attached hereto as Exhibit 69 is a true and correct copy of Bridgepoint's Q1 2012 Earnings Conference Call Transcript, dated May 1, 2012.

21.     Attached hereto as Exhibit 70 is a true and correct copy of Bridgepoint's Q2 2012 Earnings Conference Call Transcript, dated August 7, 2012.

22.     Attached hereto as Exhibit 71 is a true and correct copy of a handwritten note, which was written by deponent Jonathan Shapiro of Jennison Associates LLC at his deposition, and marked at his deposition as Shapiro Ex. 47.

23.     Attached hereto as Exhibit 72 is a true and correct copy of the Western Association of Schools and Colleges ("WASC") 2008 Handbook of Accreditation; this copy was marked as Feinstein Ex. 368 at the deposition of Dr. Steven P. Feinstein.

24.     Attached hereto as Exhibit 73 is a true and correct copy of an email from Sheri Jones to Elizabeth Tice forwarding attachment 100209 Admission Attendance Study Summary No Causality, dated February 11, 2010.  We collected this email and its corresponding attachment from Elizabeth Tice's mailbox stored on Bridgepoint's email server, and produced the document in this litigation bearing the Bates numbers BPIK000723497-501.

25.     Attached hereto as Exhibit 74 is a true and correct copy of an email string regarding perfect attendance, dated August 6, 2010.  We collected this email and its corresponding attachment from Sean Gousha's mailbox stored on

1   Bridgepoint's email server, and produced the document in this litigation bearing

2   the Bates numbers BPIK000830036-37.

3        26.     Attached hereto as Exhibit 75 is a true and correct copy of an email

4   chain with an attachment regarding updated data, dated October 14, 2010.  We

5   collected this email and its corresponding attachment from Sean Gousha's mailbox

6   stored on Bridgepoint's email server, and produced the email in this litigation

7   bearing the Bates numbers BPIK001013561-62, and produced the attachment in

8   this litigation in native form bearing the Bates number BPIK001013563.

9        27.     Attached hereto as Exhibit 76 is a true and correct copy of an email

10  chain regarding Retention Committee Executive Summary, dated February 12,

11  2011.  We collected this email and its corresponding attachment from Amber

12  Eckert's mailbox stored on Bridgepoint's email server, and produced the email and

13  its attachment in this litigation bearing the Bates numbers BPIK000985890-95.

14  This document was marked as Eckert Ex. 115 at the deposition of Amber Eckert.

15       28.     Attached hereto as Exhibit 77 is a true and correct copy of an email

16  from Amber Eckert to Kristine Andersen and Sheri Jones attaching a document

17  regarding AU Student Services that Support Persistence AE, dated April 22, 2011.

18  We collected this email and its corresponding attachment from Amber Eckert's

19  mailbox stored on Bridgepoint's email server, and produced the email and its

20  attachment in this litigation bearing the Bates numbers BPIK000187730-37.  This

21  document was marked Eckert Ex. 116 at the deposition of Amber Eckert.

22       29.     Attached hereto as Exhibit 78 is a true and correct copy of

23  Bridgepoint's Form 8-K filed with the SEC on May 3, 2011 attaching a press

24  release, which was marked as Devine Ex. 239 at the deposition of Daniel Devine.

25       30.     Attached hereto as Exhibit 79 is a true and correct copy of a letter that

26  WASC produced in response to a subpoena in this litigation, WASC to Elizabeth

27  Tice of Ashford University dated May 12, 2011.  WASC produced this letter

28  OSTLER DECL. ISO DEFS' MOT. FOR        -4-        CASE NO. 3:12-CV-01737 JM JLB
    SUMM. JUDGMENT & MOT. EXCLUDE
    S. FEINSTEIN'S TESTIMONY

1    bearing the Bates numbers WASC 028614-20, and this copy of the document was

2    marked as Cannon Ex. 140 at the deposition of Therese Cannon.

3        31.    Attached hereto as Exhibit 80 is a true and correct copy of a

4    PowerPoint presentation titled "Student Retention Task Force Meeting #3", dated

5    February 7, 2012.  This document was collected from Bryan Talbot's mailbox

6    stored on Bridgepoint's email server, attached to an email from Bryan Talbot dated

7    August 9, 2012, and was produced in this litigation bearing Bates numbers

8    BPIK001562980-997, and was part of a larger group of documents that were all

9    marked collectively as Ex. 87 at Bryan Talbot's deposition.

10       32.    Attached hereto as Exhibit 81 is a true and correct copy of an email

11   dated April 19, 2012 titled "FW: Review of Draft Report" and its attachment

12   named "Ashford University Team Report April 19 2012.docx."  We collected these

13   documents from Jane McAuliffe's mailbox stored on Bridgepoint's email server,

14   and produced them in this litigation bearing the Bates numbers BPIK001036174-

15   252.  This document was marked Ex. 57 at the deposition of Elizabeth Tice (whose

16   last name has since changed to Krewson).

17       33.    Attached hereto as Exhibit 82 is a true and correct copy of an email

18   dated May 1, 2012 titled "Ashford University Response to Draft Team Report" and

19   its attachment named "WASC Response Letter 5_1_12 final for pdf tracked.pdf".

20   WASC produced this document in this litigation bearing the Bates numbers

21   WASC027639-51.  This document was marked as Ex. 312 at the deposition of

22   Ralph Wolff.

23       34.    Attached hereto as Exhibit 83 is a true and correct copy of a

24   PowerPoint presentation titled "Lead Score Evaluation", dated May 10, 2012.  We

25   collected this document from the hard drive of Francois Laurent and produced it

26   bearing Bates numbers BPIK000456961-73.

27

28   OSTLER DECL. ISO DEFS' MOT. FOR          -5-          CASE NO. 3:12-CV-01737 JM JLB
     SUMM. JUDGMENT & MOT. EXCLUDE
     S. FEINSTEIN'S TESTIMONY

1    35.    Attached hereto as Exhibit 84 is a true and correct copy of an email

2    dated May 15, 2012 titled "Fw: AshU_WASC visit final team report S12" and one

3    of its three attachments.  The attachment included here is named "AshU_Team

4    Report IA-PathwayB S12.pdf".  We collected these documents from Andrew

5    Clark's mailbox stored on Bridgepoint's email server, and produced them in this

6    litigation bearing Bates numbers BPI047234-308.  This document was marked as

7    Ex. 61 at the deposition of Elizabeth Tice (now Krewson).

8    36.    Attached hereto as Exhibit 85 is a true and correct copy of excerpts of

9    a document that WASC produced in this litigation bearing Bates numbers WASC

10   019662-67.  This document was marked as Ex. 163 at the deposition of Therese

11   Cannon.

12   37.    Attached hereto as Exhibit 86 is a true and correct copy of an email

13   from Amy Allington to Ralph Wolff dated June 29, 2012.  WASC produced this

14   document in this litigation bearing Bates numbers WASC028927-30, and this

15   document was marked as Ex. 315 at the deposition of Ralph Wolff.

16   38.    Attached hereto as Exhibit 87 is a true and correct copy of a letter

17   from WASC to Elizabeth Tice at Ashford University dated July 3, 2012.  This

18   letter is publicly available and we obtained this particular copy of it from public

19   sources.

20   39.    Attached hereto Exhibit 88 is a true and correct copy of Bridgepoint's

21   Form 8-K filed with the Securities and Exchange Commission ("SEC") on July 9,

22   2012.

23   40.    Attached hereto as Exhibit 89 is a true and correct copy of

24   Bridgepoint's Form 8-K filed with the SEC on July 13, 2012.

25   41.    Attached hereto as Exhibit 90 is a true and correct copy of a letter

26   from WASC to Richard Pattenaude of Ashford University, dated July 10, 2013.

27

28

1   This document is publicly available and we obtained this copy from WASC's web

2   site.

3          42.     Attached hereto as Exhibit 91 is a true and correct copy of a BMO

4   Capital Markets analyst report, dated May 3, 2010 (BPIK000046874-88).

5          43.     Attached hereto as Exhibit 92 is a true and correct copy of an excerpt

6   from a BMO Capital Markets analyst report titled "Education and Training" (pages

7   245-55), dated September 2011.  This document was marked as Ex. 540 at the

8   deposition of Jeffrey Silber.

9          44.     Attached hereto as Exhibit 93 is a true and correct copy of a BMO

10  Capital Markets analyst report, dated August 2, 2011 (BPI067163-78).

11         45.     Attached hereto as Exhibit 94 is a true and correct copy of a BMO

12  Capital Markets analyst report, dated May 1, 2012 (BPI107721-37).

13         46.     Attached hereto as Exhibit 95 is a true and correct copy of a BMO

14  Capital Markets analyst report, dated July 13, 2012.  This document was marked as

15  Ex. 545 at the deposition of Jeffrey Silber.

16         47.     Attached hereto as Exhibit 96 is a true and correct copy of a Signal

17  Hill analyst report, dated March 9, 2011 (BPI038929-40).

18         48.     Attached hereto as Exhibit 97 is a true and correct copy of a J.P.

19  Morgan analyst report, dated August 3, 2011 (BPIK000253210-20).

20         49.     Attached hereto as Exhibit 98 is a true and correct copy of a J.P.

21  Morgan presentation titled "Education Services Data Book," dated September

22  2011.

23         50.     Attached hereto as Exhibit 99 is a true and correct copy of a J.P.

24  Morgan analyst report, dated November 1, 2011 (BPI108741-51).

25         51.     Attached hereto as Exhibit 100 is a true and correct copy of a J.P.

26  Morgan presentation titled "Education Services Data Book," dated January 2012

27  (BPI037640-75).

28  OSTLER DECL. ISO DEFS' MOT. FOR        -7-        CASE NO. 3:12-CV-01737 JM JLB
    SUMM. JUDGMENT & MOT. EXCLUDE
    S. FEINSTEIN'S TESTIMONY

1        52.     Attached hereto as Exhibit 101 is a true and correct copy of a J.P.

2 Morgan analyst report titled "Bridgepoint Education A University Between Two

3 Regions – ALERT," dated July 9, 2012.  This document was marked as Ex. 506 at

4 the deposition of Andrew Steinerman.

5        53.     Attached hereto as Exhibit 102 is a true and correct copy of Piper

6 Jaffray & Co.'s authentication declaration, dated April 10, 2015.

7        54.     Attached hereto as Exhibit 103 is a true and correct copy of Piper

8 Jaffray's analyst report, dated August 2, 2011 (PJC000077-81).

9        55.     Attached hereto as Exhibit 104 is a true and correct copy of Piper

10 Jaffray's analyst report, dated November 2, 2011 (PJC000069-76).

11      56.     Attached hereto as Exhibit 105 is a true and correct copy of Piper

12 Jaffray's analyst report, dated July 10, 2012 (PJC000280-287).

13      57.     Attached hereto as Exhibit 106 is a true and correct copy of Royal

14 Bank of Canada's ("RBC") authentication declaration, dated August 25, 2015.

15      58.     Attached hereto as Exhibit 107 is a true and correct copy of RBC's

16 analyst report, dated August 3, 2011 (RBC0000008-16).

17      59.     Attached hereto as Exhibit 108 is a true and correct copy of Credit

18 Suisse Securities (USA) LLC's ("Credit Suisse") authentication declaration, dated

19 April 24, 2015.

20      60.     Attached hereto as Exhibit 109 is a true and correct copy of Credit

21 Suisse's analyst report, dated August 3, 2011 (CSSU00001-11).

22      61.     Attached hereto as Exhibit 110 is a true and correct copy of Credit

23 Suisse's analyst report, dated November 2, 2011 (CSSU00027-37).

24      62.     Attached hereto as Exhibit 111 is a true and correct copy of Credit

25 Suisse's analyst report, dated July 13, 2012 (CSSU00086-90).

26

27

28

63.     Attached hereto as Exhibit 112 is a true and correct copy of Wm Smith & Co's ("Wm Smith") authentication declaration, executed on April 7, 2015.

64.     Attached hereto as Exhibit 113 is a true and correct copy of Wm Smith's analyst report, dated August 9, 2011 (WMSMITH000001-10).

65.     Attached hereto as Exhibit 114 is a true and correct copy of Wm Smith's analyst report, dated May 3, 2012 (WMSMITH000011-18).

66.     Attached hereto as Exhibit 115 is a true and correct copy of Barrington Research Associates, Inc.'s ("Barrington") authentication declaration, executed on April 16, 2015.

67.     Attached hereto as Exhibit 116 is a true and correct copy of Barrington's analyst report, dated November 1, 2011 (BR000054-61).

68.     Attached hereto as Exhibit 117 is a true and correct copy of Wunderlich Securities, Inc.'s ("Wunderlich") authentication declaration, executed on April 27, 2015.

69.     Attached hereto as Exhibit 118 is a true and correct copy of Wunderlich's analyst report, dated November 2, 2011 (WSI000009-19).

70.     Attached hereto as Exhibit 119 is a true and correct copy of Barclays Capital Inc.'s ("Barclays") authentication declaration, executed on August 26, 2015.

71.     Attached hereto as Exhibit 120 are true and correct copies of excerpts from Barclay's analyst report, dated March 19, 2012 (BARC_000335, BARC_000382).

72.     Attached hereto as Exhibit 121 is a true and correct copy of Barclay's analyst report, dated May 2, 2012 (BARC_000202-15).

73.     Attached hereto as Exhibit 122 is a true and correct copy of Duetsche Bank Securities, Inc.'s ("DBSI") authentication declaration, executed on April 28, 2015.

74.     Attached hereto as Exhibit 123 is a true and correct copy of DBSI's analyst report, dated April 2, 2012 (DB_000018-66).

75.     Attached hereto as Exhibit 124 is a true and correct copy of DBSI's analyst report, dated May 1, 2012 (DB_000002-16).

76.     Attached hereto as Exhibit 125 is a true and correct copy of DBSI's analyst report, dated July 9, 2012 (DB_000017).

77.     Attached hereto as Exhibit 126 is a true and correct copy of DBSI's analyst report, dated July 30, 2012 (BPI063528).

78.     Attached hereto as Exhibit 127 is a true and correct copy of William Blair's analyst report, dated May 1, 2012 (William Blair 00532-35).

79.     Attached hereto as Exhibit 128 is a true and correct copy of Wells Fargo's analyst report, dated July 11, 2012 (BPIK000764419-23).  This document was marked as Ex. 569 at the deposition of Trace Urdan.

80.     Attached hereto as Exhibit 129 is a true and correct copy of Wells Fargo's analyst report, dated August 8, 2012 (BPI063424-32).

81.     Attached hereto as Exhibit 130 is a true and correct copy of Height Analytics' analyst report, dated July 16, 2012 (BPIK000017795-99).

82.     Attached hereto as Exhibit 131 is a true and correct copy of Citigroup Global Markets, Inc. ("CGMI") authentication declaration, executed on April 17, 2015.

83.     Attached hereto as Exhibit 132 is a true and correct copy of CGMI's analyst report, dated August 7, 2012 (CGMI_000001-18).

84.     Attached hereto as Exhibit 133 is a true and correct copy of excerpts from the transcript of the deposition of Doug Abts, taken on April 15, 2015.

85. Attached hereto as Exhibit 134 is a true and correct copy of excerpts from the transcript of the deposition of Therese Cannon, taken on March 26, 2015.

86. Attached hereto as Exhibit 135 is a true and correct copy of excerpts from the transcript of the deposition of Andrew Clark, taken on April 29, 2015.

87. Attached hereto as Exhibit 136 is a true and correct copy of excerpts from the transcript of the deposition of Daniel Devine, taken on April 23, 2015.

88. Attached hereto as Exhibit 137 is a true and correct copy of excerpts from the transcript of the deposition of Brandon Dobell, taken on April 16, 2015.

89. Attached hereto as Exhibit 138 is a true and correct copy of the transcript of the deposition of Amber Eckert, taken on March 11, 2015.

90. Attached hereto as Exhibit 139 is a true and correct copy of the transcript of the deposition of Steven Feinstein, Ph.D., taken on July 16, 2015.

91. Attached hereto as Exhibit 140 is a true and correct copy of excerpts from the transcript of the deposition of John Joseph Hoey, IV, Ed.D., taken on April 28, 2015.

92. Attached hereto as Exhibit 141 is a true and correct copy of excerpts from the transcript of the deposition of David Hoverman, taken on February 18, 2015.

93. Attached hereto as Exhibit 142 is a true and correct copy of excerpts from the transcript of the deposition of Sheri Jones, taken on March 18, 2015.

94. Attached hereto as Exhibit 143 is a true and correct copy of excerpts from the transcript of the deposition of Jane McAuliffe, taken on April 10, 2015.

95. Attached hereto as Exhibit 144 is a true and correct copy of excerpts from the transcript of the deposition of Amaury Nora, Ed.D., taken on July 13, 2015.

96.   Attached hereto as Exhibit 145 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Michael Offerman, taken on June 26, 2015.

97.   Attached hereto as Exhibit 146 is a true and correct copy of excerpts from the transcript of the deposition of Kristina Powers, Ph.D., taken on February 19, 2015.

98.   Attached hereto as Exhibit 147 is a true and correct copy of excerpts from the transcript of the deposition of Jonathan Shapiro, taken on September 30, 2014.

99.   Attached hereto as Exhibit 148 is a true and correct copy of excerpts from the transcript of the deposition of Jeffrey Silber, taken on April 20, 2015.

100.   Attached hereto as Exhibit 149 is a true and correct copy of excerpts from the transcript of the deposition of Andrew Steinerman, taken on April 15, 2015.

101.   Attached hereto as Exhibit 150 is a true and correct copy of excerpts from the transcript of the deposition of Watson S. Swail, Ed.D., taken on July 9, 2015.

102.   Attached hereto as Exhibit 151 is a true and correct copy of excerpts from the transcript of the deposition of David Tabak, taken on July 20, 2015.

103.   Attached hereto as Exhibit 152 is a true and correct copy of excerpts from the transcript of the deposition of Bryan Talbot, taken on March 5, 2015.

104.   Attached hereto as Exhibit 153 is a true and correct copy of excerpts from the transcript of the deposition of Ralph Wolff, taken on May 20, 2015.

105.   Attached hereto as Exhibit 154 is a true and correct copy of excerpts from the transcript of the deposition of Trace Urdan, taken on April 24, 2015.

106.   Attached hereto as Exhibit 155 is a true and correct copy of 34 C.F.R. § 602.28 (which I obtained from Westlaw).

1    107.   Attached hereto as Exhibit 156 is a true and correct copy of an article

2    by Lawrence Butler titled "Do We Have a Retention Problem ... Or Do We Have a

3    Problem *About* Retention?", dated August 29, 2011.

4    108.   Attached hereto as Exhibit 157 is a true and correct copy of

5    Bridgepoint's Form 8-K filed on March 6, 2012. This document was marked as Ex.

6    247 at the deposition of Dan Devine.

7    109.   Attached hereto as Exhibit 158 is a true and correct copy of a

8    transcript of Bridgepoint's presentation from the BMO Capital Markets Back to

9    School Education Conference dated September 15, 2011.

10   110.   Attached hereto as Exhibit 159 is a true and correct copy of excerpts

11   from a PowerPoint presentation titled "2011 | BMO Back to School Conference"

12   (BPIK000242258, 000242274).

13   111.   Attached hereto as Exhibit 160 is a true and correct copy of WASC's

14   procedural manual for "How to Become Accredited."  This document is publicly

15   available, but this particular copy was collected from the mailbox of Sean Gousha

16   stored on Bridgepoint's email server, and produced in this litigation bearing the

17   Bates numbers BPIK000269540-569.

18   112.   Attached hereto as Exhibit 161 is a true and correct copy of

19   Bridgepoint's Form 8-K filed on August 2, 2011.  This document was marked as

20   Ex. 242 for the deposition of Dan Devine.

21   113.   Attached hereto as Exhibit 162 is a true and correct copy of

22   Bridgepoint's Form 8-K filed on May 1, 2012.  This document was marked as Ex.

23   249 at the deposition of Dan Devine.

24   114.   Attached hereto as Exhibit 163 is a true and correct copy of excerpts

25   from the transcript of the deposition of Elizabeth Tice, Ph.D., taken on February

26   26, 2015.

27

28

1     115.   Attached hereto as Exhibit 164 is a true and correct copy of

2  Bridgepoint's Q1 2010 Earnings Conference Call Transcript, dated May 3, 2010.

3     116.   Attached hereto as Exhibit 165 is a true and correct copy of

4  Bridgepoint's Q2 2010 Earnings Conference Call Transcript, dated August 3,

5  2010.

6     I declare under the penalty of perjury that the foregoing is true and correct

7  and that this declaration was executed at Palo Alto, California on August 31, 2015.

8                                             /s/ Joni Ostler
                                        JONI OSTLER
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   OSTLER DECL. ISO DEFS' MOT. FOR        -14-     CASE NO. 3:12-CV-01737 JM JLB
     SUMM. JUDGMENT & MOT. EXCLUDE
     S. FEINSTEIN'S TESTIMONY

**TABLE OF CONTENTS – EXHIBITS**

| Ex. | Description | Page Numbers |
|---|---|---|
| 50 | Expert Report of Watson Scott Swail, dated June 2, 2015 | 1-39 |
| 51 | Report on Student Persistence, May 29, 2015 | 40-119 |
| 52 | Expert Report of David I. Tabak, June 1, 2015 | 120-186 |
| 53 | Rebuttal Expert Report of David I. Tabak, June 15, 2015 | 187-216 |
| 54 | Report on Loss Causation and Damages, June 2, 2015 | 217-315 |
| 55 | Rebuttal Report on Loss Causation and Damages, June 15, 2015 | 316-346 |
| 56 | Plaintiffs' letter brief dated June 19, 2014 | 347-351 |
| 57 | BPI's First Set of Interrogatories to Lead Plaintiffs, dated February 24, 2015 | 352-356 |
| 58 | City of Atlanta General Employees Pension Fund's Objections and Responses to Def. BPI's First Set of Interrogatories, dated March 26, 2015 | 357-376 |
| 59 | Lead Plaintiffs' Objections & Responses to Defendants' First Set of Requests for Admissions, dated May 11, 2015 | 377-393 |
| 60 | City of Atlanta General Employees Pension Fund's Objections and Responses to Andrew S. Clark's First Set of Interrogatories to Lead Plaintiffs, dated May 15, 2015 | 394-411 |
| 61 | City of Atlanta General Employees Pension Fund's Amended and Responses to Def. BPI's First Set of Interrogatories, dated July | 412-417 |

| Ex. | Description | Page Numbers |
|---|---|---|
| | 31, 2015 | |
| 62 | Q3 2010 Earnings Conference Call Transcript, November 2, 2010 <br><br> BPI040634-54 | 418-438 |
| 63 | Q1 2011 Earnings Conference Call Transcript, May 3, 2011 <br><br> BPI036416-29 | 439-458 |
| 64 | Q2 2011 Earnings Conference Call Transcript, August 2, 2011 | 459-476 |
| 65 | Q3 2011 Earnings Conference Call Transcript, November 1, 2011 <br><br> BPI065284-303 | 477-496 |
| 66 | Transcript of BPI's Presentation at Citi's 8th Annual Small/Mid Cap Conference, November 15, 2011 | 497-504 |
| 67 | Q4 2011 Earnings Conference Call Transcript, March 6, 2012 | 505-525 |
| 68 | Transcript of BPI's Presentation at Credit Suisse Group's 14th Annual Global Services Conference, March 13, 2012 | 526-531 |
| 69 | Q1 2012 Earnings Conference Call Transcript, May 1, 2012 <br><br> BPIK000049036-57 | 532-553 |
| 70 | Q2 2012 Earnings Conference Call Transcript, August 7, 2012 | 554-562 |
| 71 | Handwritten note "(EOP enrollment – new enrollment)  BOP Enrollment" | 563 |
| 72 | 2008 Handbook Of Accreditation | 564-631 |
| 73 | February 11, 2010 email with attachment from Tice to Jones re 100209 Admission Attendance Study Summary NoCausality | 632-636 |

| Ex. | Description | Page Numbers |
|-----|-------------|--------------|
| | BPIK000723497-501 | |
| 74 | August 6, 2010 email string re perfect attendance<br><br>BPIK000830036-37 | 637-638 |
| 75 | November 14, 2010, email chain with attachment re updated data<br><br>BPIK001013561-63 | 639-644 |
| 76 | February 12, 2011 email chain from Eckert re Retention Committee Executive Summary<br><br>BPIK000985890-95 | 645-650 |
| 77 | April 22, 2011 email from Eckert to Anderson & Jones attaching a document re AU Student Services that Support Persistence<br><br>BPIK000187730-37 | 651-658 |
| 78 | May 3, 2011, 8K attaching Press Release | 659-666 |
| 79 | May 12, 2011 WASC eligibility letter-WASC028614-20<br><br>FILED UNDER SEAL | 667-673 |
| 80 | Presentation titled "Student Retention Task Force Meeting #3", February 7, 2012<br><br>BPIK001562980-97<br><br>FILED UNDER SEAL | 674-691 |
| 81 | April 19, 2012 email attaching draft of the WASC Visit Team Report<br><br>BPIK001036174-252 | 692-770 |
| 82 | May 1, 2012 email attaching BPI response to draft of the WASC Visit Team Report<br><br>WASC027639-51 | 771-783 |

| Ex. | Description | Page Numbers |
|-----|-------------|--------------|
|  | FILED UNDER SEAL | |
| 83 | May 10, 2012 Presentation titled "Lead Score Evaluation"<br>BPIK000456961-73<br>FILED UNDER SEAL | 784-796 |
| 84 | May 15, 2012 email attaching the final WASC Visit Team Report (3/2012)<br>BPI047234-308 | 797-871 |
| 85 | June 13, 2012 WASC Institutional Reviews Excerpts WASC019662-67<br>FILED UNDER SEAL | 872-877 |
| 86 | June 29, 2012, email re notes from Ashford discussion<br>WASC028927-30<br>FILED UNDER SEAL | 878-881 |
| 87 | July 3, 2012 WASC denial letter | 882-890 |
| 88 | July 9, 2012 SEC Form 8-K<br>BPI084662-64 | 891-893 |
| 89 | July 13, 2012 SEC Form 8-K | 894-896 |
| 90 | July 10, 2012 letter from WASC to Richard Pattenaude (AU) | 897-908 |
| 91 | May 5, 2010 BMO Capital Markets Report<br>BPIK000046874-88 | 909-923 |
| 92 | Excerpts from September 2011 BMO Capital Markets "Education and Training" | 924-934 |
| 93 | August 2, 2011 BMO Capital Markets Report<br>BPI067163-78 | 935-950 |
| 94 | May 1, 2012 BMO Capital Markets Report<br>BPI107721-37 | 951-967 |
| 95 | July 13, 2012 BMO Capital Markets Report | 968-971 |

| Ex. | Description | Page Numbers |
|---|---|---|
| 96 | March 9, 2011 Signal Hill Report BPI038929-40 | 972-983 |
| 97 | August 3, 2011 JP Morgan Report BPIK000253210-20 | 984-994 |
| 98 | September 2011 JP Morgan Education Services Data Book | 995-1027 |
| 99 | November 1, 2011 JP Morgan Report BPI108741-51 | 1028-1038 |
| 100 | JP Morgan Education Services Data Book (Jan. 2012) BPI037640-75 | 1039-1074 |
| 101 | JP Morgan report "A University Between Two Regions – Alert (7/09/12) | 1075-1078 |
| 102 | Piper Jaffray Authentication Decl. | 1079-1080 |
| 103 | Piper Jaffray Report (8/02/11) PJC000077-81 | 1081-1085 |
| 104 | Piper Jaffray Report (11/02/11) PJC000069-76 | 1086-1093 |
| 105 | Piper Jaffray Report (7/10/12) PJ000280-87 | 1094-1101 |
| 106 | RBC Authentication Decl. | 1102-1103 |
| 107 | RBC Report (8/03/11) RBC00008-16 | 1104-1112 |
| 108 | Credit Suisse Authentication Decl. | 1113 |
| 109 | Credit Suisse Report (8/03/11) CSSU000001-11 | 1114-1124 |
| 110 | Credit Suisse Report (11/02/11) CSSU000027-37 | 1125-1135 |
| 111 | Credit Suisse Report (7/13/12) CSUU00086-90 | 1136-1140 |
| 112 | Wm Smith Authentication Decl. | 1141-1142 |

| Ex. | Description | Page Numbers |
|---|---|---|
| 113 | Wm Smith Report (8/09/11) WMSMITH000001-10 | 1143-1152 |
| 114 | Wm Smith Report (5/03/12) WMSMITH000011-18 | 1153-1160 |
| 115 | Barrington Authentication Decl. | 1161-1162 |
| 116 | Barrington Research Report (11/01/11) BR00054-61 | 1163-1170 |
| 117 | Wunderlich Authentication Decl. | 1171-1172 |
| 118 | Wunderlich Sec. Report (11/02/11) WSI000009-19 | 1173-1183 |
| 119 | Barclays Authentication Decl. | 1184-1185 |
| 120 | Barclays Report (3/19/12) Excerpts BARC 000335, BARC 000382 | 1186-1187 |
| 121 | Barclays Report (5/02/12) BARC000202-15 | 1188-1201 |
| 122 | Deutsche Bank Authentication Decl. | 1202-1203 |
| 123 | Deutsche Bank Report (4/02/12) DB_000018-66 | 1204-1252 |
| 124 | Deutsche Bank Report (5/01/12) DB_000002-16 | 1253-1267 |
| 125 | Deutsche Bank Report (7/09/12) DB_0000017 | 1268 |
| 126 | Deutsche Bank Report (7/30/12) BPI063528 | 1269 |
| 127 | William Blair Report (5/01/12) William Blair 00532-35 | 1270-1273 |
| 128 | Wells Fargo Report (7/11/12) BPIK000764419-23 | 1274-1278 |
| 129 | Wells Fargo Report (8/08/12) BPI063424-32 | 1279-1287 |
| 130 | Height Analytics Report (7/16/12) | 1288-1292 |

| Ex. | Description | Page Numbers |
|-----|-------------|--------------|
| | BPIK00017795-99 | |
| 131 | Citi Authentication Decl. | 1293 |
| 132 | Citi Report (8/07/12) CSMI000001-8 | 1294-1301 |
| 133 | Douglas Abts Deposition Transcript (Excerpts) | 1302-1305 |
| 134 | Therese Cannon Deposition Transcript (Excerpts) FILED UNDER SEAL | 1306-1315 |
| 135 | Andrew Clark Deposition Transcript (Excerpts) | 1316-1328 |
| 136 | Daniel Devine Deposition Transcript (Excerpts) | 1329-1336 |
| 137 | Brandon Dobell Deposition Transcript (Excerpts) | 1337-1344 |
| 138 | Amber Eckert Deposition Transcript (Excerpts) | 1345-1354 |
| 139 | Dr. Steven Feinstein Deposition Transcript | 1355-1428 |
| 140 | Jospeh Hoey Deposition Transcript (Excerpts) | 1429-1432 |
| 141 | Dave Hoverman Deposition Transcript (Excerpts) | 1433-1437 |
| 142 | Sheri Jones Deposition Transcript (Excerpts) | 1438-1442 |
| 143 | Jane McAuliffe Deposition Transcript (Excerpts) | 1443-1449 |
| 144 | Dr. Amaury Nora Deposition Transcript (Excerpts) | 1450-1460 |
| 145 | Michael Offerman Deposition Transcript (Excerpts) FILED UNDER SEAL | 1461-1469 |

| Ex. | Description | Page Numbers |
|-----|-------------|--------------|
| 146 | Kristina Powers Deposition Transcript (Excerpts) | 1470-1473 |
| 147 | Jonathan Shapiro Deposition Transcript (Excerpts) | 1474-1480 |
| 148 | Jeffrey Silber Deposition Transcript (Excerpts) | 1481-1486 |
| 149 | Andrew Steinerman Deposition Transcript (Excerpts) | 1487-1492 |
| 150 | Dr. Watson Swail Deposition Transcript (Excerpts) | 1493-1499 |
| 151 | Dr. David Tabak Deposition Transcript (Excerpts) | 1500-1505 |
| 152 | Bryan Talbot Deposition Transcript (Excerpts) | 1506-1509 |
| 153 | Ralph Wolff Deposition Transcript (Excerpts) | 1510-1517 |
| 154 | Trace Urdan Deposition Transcript (Excerpts) | 1518-1524 |
| 155 | 34 C.F.R. § 602.28 | 1525-1526 |
| 156 | Lawrence Butler, Do We Have a Retention Problem . . . Or Do We Have a Problem About Retention?, New England Journal of Higher Education, August 29, 2011 | 1527-1532 |
| 157 | March 6, 2012 SEC Form 8-K | 1533-1543 |
| 158 | September 15, 2011 transcript from BMO conference | 1544-1549 |
| 159 | Excerpts from September 15, 2011 BPI's presentation at BMO conference BPIK000242258, BPIK000242274 | 1550-1551 |
| 160 | Handout entitled "How to become accredited" BPIK000269540-69 | 1552-1581 |

| Ex. | Description | Page Numbers |
|---|---|---|
| 161 | August 2, 2011 SEC Form 8-K | 1582-1592 |
| 162 | May1, 2012 SEC Form 8-K | 1593-1606 |
| 163 | Elizabeth Tice Deposition Transcript (Excerpts) | 1607-1613 |
| 164 | Q1 2010 Earnings Conference Call Transcript (5/03/10) | 1614-1627 |
| 165 | Q2 2010 Earnings Conference Call Transcript (8/03/10) | 1628-1648 |