**FILED**
APR 27 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___a ec___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BRIDGEPOINT EDUCATION, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 3:12-cv-01737-JM-JLB<br><br>CLASS ACTION<br><br>ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFF'S EXPENSES PURSUANT TO 15 U.S.C. §78u-4(a)(4)<br><br>DATE: April 25, 2016<br>TIME: 10:00 a.m.<br>CTRM: 5D, The Honorable Jeffrey T. Miller |

1124060_1

THIS MATTER having come before the Court on April 25, 2016, on the motion of Lead Counsel for an award of attorneys' fees and expenses incurred in the Action; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement dated October 30, 2015 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement Amount and expenses in the amount of $509,940.07, together with the pro rata interest earned on such amounts for the period of time since the January 13, 2016 deposit of the Settlement Fund to the date of withdrawal of attorneys' fees and expenses. Said fees shall be allocated among Plaintiffs' Counsel in a manner which, in Lead Counsel's good-faith judgment, reflects the contributions of such counsel to the prosecution and settlement of the Action. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses shall be paid to Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation, which are incorporated herein.

5. Pursuant to 15 U.S.C. §78u-4(a)(4), Lead Plaintiff Teamsters Local 677 Health Services & Insurance Plan is awarded $3,622.00 in reimbursement of its time and expenses in serving on behalf of the Class.

IT IS SO ORDERED.

DATED: 4/27/16

_____
THE HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE